# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT L. TURNER & PEGGY R. TURNER  Case Number: 06-71620
3819 15TH ST.  SSN-xxx-xx-6792 & xxx-xx-1332
ROCKFORD, IL  61108

Case filed on: 9/5/2006
Plan Confirmed on: 1/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,199.56     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,205.50 | 3,205.50 | 3,205.50 | 0.00 |
|  | Total Legal | 3,205.50 | 3,205.50 | 3,205.50 | 0.00 |
| 999 | ROBERT L. TURNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AP RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COLLECTO / CREDIT PAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DYMACOL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JACK MITCHELL MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 2,358.65 | 2,358.65 | 1,588.72 | 0.00 |
| 016 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSF ST. ANTHONY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | REGIONAL CARDIOLOGY CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD CARDIOLOGY ASSOCIATES | 145.60 | 145.60 | 98.07 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 4,052.02 | 4,052.02 | 2,729.31 | 0.00 |
| 024 | SPRINT NEXTEL - DISTRIBUTION | 350.17 | 350.17 | 235.86 | 0.00 |
| 025 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | U.S. BANK / FIRSTAR BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WEST BEND MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CAPITAL ONE | 519.10 | 263.53 | 263.53 | 0.00 |
| 030 | JEFFERSON CAPITAL SYSTEMS, LLC | 756.04 | 756.04 | 509.24 | 0.00 |
|  | Total Unsecured | 8,181.58 | 7,926.01 | 5,424.73 | 0.00 |
|  | Grand Total: | 11,387.08 | 11,131.51 | 8,630.23 | 0.00 |

Total Paid Claimant: $8,630.23
Trustee Allowance: $569.33
Percent Paid Unsecured: 68.44

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008     By  /s/Heather M. Fagan